708

Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Cabbagestalk, Appellant.

Submitted November 9, 1970. *H. David Rothman,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Cannon, Appellant.

Submitted November 9, 1970. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.

WRIGHT, P. J., dissents.

## Commonwealth *v.* Carter, Appellant.

Argued November 10, 1970.  *Ila Jeanne Sensenich,* for appellant; no oral argument was made nor brief submitted for appellee.

OPINION PER CURIAM: The district attorney being in agreement, the order of the court below is reversed and the defendant discharged.

## Commonwealth *v.* Carter, Appellant.

Submitted November 9, 1970.  *Fred E. Baxter, Jr.,* and *John J. Dean,* Assistant Public Defenders, for appellant; *Carol Mary Los,* Assistant District Attorney; and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Casey et ux., Appellants.

Argued November 13, 1970.  *Thomas H. Welsh,* with him *Metz, Cook, Hanna & Kelly,* for appellants; *Carol Mary Los,* Assistant District Attorney, with her *Robert L. Campbell,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.